**Order entered September 24, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00560-CR

### JOSE DAVID GUTIERREZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause No. F16-23201-H

## ORDER

The clerk's record does not contain a finding that appellant is indigent in this case. The reporter's record was due August 10, 2019. Two days later, court reporter Sharyl Zeno informed the Court she had not filed the record due to nonpayment. We then notified appellant by letter dated August 12, 2019 and directed him to provide, by August 22, 2019, written verification he had paid or made arrangements to pay for the reporter's record or had been found entitled to proceed without payment of costs. To date, the reporter's record has not been filed; appellant has not provided the written verifications as directed, nor has he corresponded with the Court regarding the appeal. We **ORDER** the appeal submitted without a reporter's record.

Appellant's brief is **DUE** October 24, 2019.

/s/    BILL PEDERSEN, III
        JUSTICE